FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 0 5 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 4:19CR00037 BSM |
| ) | |
| JOSE REYES-SANCHEZ, ) | |
| EMIDIO MANZANARES-CASTRO, ) | |
|     aka Emidio Manzaros, ) | |
|     aka Apple Amado Castroll-Leon ) | |
| OMAR GILLIAM, ) | |
| JAY HEAD, ) | |
| DESHON CULBREATH, ) | |
| TERRI BLEVINS, ) | |
| RANDY HOUSMAN, ) | |
| JERENA WILLIAMS, ) | |
| AMANDA HOPKINS, ) | |
| SCOTTY DAWSON, and ) | |
| JOSHUA VANESCH ) | |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendants prior to arrest and to protect officers executing the arrest warrant, the United States requests that the above-styled indictment be sealed until the defendants are in custody or have been released pending trial.

CODY HILAND
United States Attorney

_____
KRISTIN BRYANT
AR Bar # 2009156
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2655
Kristin.Bryant@usdoj.gov

## **ORDER**

Pursuant to the above request, the indictment in this matter shall be sealed until the defendants are in custody or have been released pending trial.

_____9/5/19_____         _____
DATE                                          UNITED STATES MAGISTRATE JUDGE