## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                          **Case No.: 4:19–cr–00037–BSM**

**Terri Blevins**                                                                          **Defendant**

---

## NOTICE OF HEARING

     PLEASE take notice that a Arraignment has been set in this case for October 18, 2019, at 02:00 PM before Magistrate Judge J. Thomas Ray in Little Rock Courtroom # 1C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** October 10, 2019                        AT THE DIRECTION OF THE COURT
                                                                                  JAMES W. McCORMACK, CLERK

                                                                                  **By:**  Tenesha J. Brown, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas