MStar Reporting/INITIAL APPEARANCE, Length of Hearing (minutes):
ARRAIGNMENT, Length of Hearing (minutes): __5min__

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

United States of America

v.

Case No.: 4:19CR00037-06 BSM

Terri Blevins

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
OCT 18 2019
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 10/18/2019
Continued Until: _____
Reason for continuance _____

Deft is ✓ is not ___ in custody
___ Deft did not appear
___ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Kristin Bryant**
Defense Counsel: CJA - Nicki Nicolo    (Appointed / Retained)  *to be*
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty ✓
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

___✓___ Demands Trial by Jury

_____ Waives Jury Trial
Deft agrees _____
Govt agrees _____

### BAIL

Bail Set at: _____ By: _____ Date: _____

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **3 days**
Estimated Trial Date: **11/25/2019 @ 9:30 a.m., before the Honorable Judge Brian S. Miller in Room 2D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

**DATE: 10/18/2019**        SO ORDERED: _____
                                                U. S. MAGISTRATE JUDGE