**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

# IN THE UNITED STATES DISTRICT COURT OCT 2 5 2019
# EASTERN DISTRICT OF ARKANSAS

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

VS.                                           NO.   4:19CR00037 KGB

TERRI BLEVINS

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the ADC – McPherson Unit and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of TERRI BLEVINS ADC# 716365 detained in the ADC – McPherson Unit, 302 Corrections Drive, Newport, AR 72112 in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on October 18, 2019 at 2:00 p.m., before the Honorable J. Thomas Ray, and after the proceedings have been concluded, that you return TERRI BLEVINS to ADC – McPherson Unit under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 10 October 2019.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

10/25 RT   Waiver signed
Pick on 11 Oct
Direct Drop to PUL

| | |
|---|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: | |
| (NAME) Blevins | |
| FROM ADC  TO PUL | |
| ON THIS DATE 11 Oct 19 | |
| DEPUTY SIGNATURE AND DISTRICT: PP 4870  E/AR | |

| | |
|---|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: | |
| (NAME) Blevins | |
| FROM Pulaski  TO ADC mc pherson | |
| ON THIS DATE 10/25/19 | |
| DEPUTY SIGNATURE AND DISTRICT: P.P.  E/AR | |

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT:

I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID:
(NAME) _____
FROM _____ TO _____
ON THIS DATE _____
DEPUTY SIGNATURE AND DISTRICT: