# UNITED STATES DISTRICT COURT
Eastern District of Arkansas



**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 06 2019

JAMES W. McCORMACK, CLERK
By:_____
                                         DEP CLERK

United States of America

v.

Terri Blevins

*Defendant*

Case No.: 4:19CR00037-06 BSM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Terri Blevins**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☒ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows: **21 USC 846: Conspiracy to PWID meth, as further explained in the attached documents.**

Date: September 6, 2019

_____
*Issuing officer's signature*

City and state: Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 09/06/19, and the person was arrested on *(date)* 10/18/19 at *(city and state)* Little Rock, AR. |
| Date: 11/06/19 |
| Jad Washington by D. Darbanne |
| *Arresting officer's signature* |
| Tad Washington, DOSM |
| *Printed name and title* |