UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                                                PLAINTIFF

V.                             CASE NO. 4:19CR00037-06 BSM

TERRI BLEVINS                                                                              DEFENDANT

### DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE

Comes now the Defendant, Terri Blevins, by and through her attorney, Nicki Nicolo, and for her Motion for Continuance, states:

1. This case is set for a jury trial on Monday, November 25, 2019 at 9:30 a.m.

2. This is the first trial setting in this matter for Ms. Blevins as she was just recently indicted on this case through a Superseding Indictment.

3. In order for defense counsel to be fully prepared to proceed to trial, counsel will need additional time to prepare for trial. Defense counsel understands some defendants that were previously indicted are set for trial in December 2019. Defense counsel needs more time to prepare for trial and requests that her trial be reset to a time in 2020. Counsel will be out of the country from June 12 -30, 2019 so she kindly requests trial not be set during that time period.

4. Defense counsel respectfully requests that the Court grant a continuance in this case and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose.

5. The government does not object to a continuance of the trial setting.

6. The additional time occasioned by the Court's granting this Motion is excludable under the Speedy Trial Act.

WHEREFORE, Defendant, Terri Blevins, prays this Court grant her Motion to Continue her trial, and for all other relief to which she may be entitled.

Respectfully Submitted,

By: **NICKI NICOLO**
AR Bar No. 2009131
424 West 4th Street, Suite A
North Little Rock, AR  72114
Tel:    (501) 353-0517
E-mail:  nicololaw@gmail.com