# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                              **CASE NO. 4:19-CR-00037 BSM**

**REYES-SANCHEZ, et al.**                                                                     **DEFENDANTS**

## ORDER

Terri Blevins's motion to continue her November 25, 2019 jury trial [Doc. No. 136] is granted. Her co-defendants have trial dates of December 16, 2019, and December 23, 2019. Because none of the defendants have been severed, all trial dates are continued to the same day.

Failure to grant a continuance would deny defendants reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to March 30, 2020, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 22nd day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE