# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PLAINTIFF |
| | ) | |
| V. | ) | CASE NO. 4:19CR00037-06 BSM |
| | ) | |
| TERRI BLEVINS | ) | DEFENDANT |

## DEFENDANT'S MOTION FOR DETENTION HEARING

Comes now the Defendant, Terri Blevins, by and through her attorney, Nicki Nicolo, and for her Motion for Detention/Bond Hearing, states:

1. Defendant appeared on October 18, 2019 for plea and arraignment. Ms. Nicolo, CJA attorney, was appointed to represent Ms. Blevins. Defendant reserved her right to request a detention hearing.

2. Defendant is now requesting a detention/bond hearing before this Court as soon as practicably possible.

3. Pursuant to the Bail Reform Act, Defendant prays for release on her own personal recognizance or, in the alternative, release upon conditions by this Court.

WHEREFORE, Defendant, Terri Blevins prays this Court grant her Motion for Detention/Bond Hearing, and for all other relief to which she may be entitled.

Respectfully Submitted,

By:   **NICKI NICOLO**
AR Bar No. 2009131
424 West 4th Street, Suite A
North Little Rock, AR  72114
Tel:   (501) 353-0371
E-mail:  nicololaw@gmail.com

1