# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                         **PLAINTIFF**

v.                 **CASE NO. 4:19-CR-00037-06 BSM**

**TERRI BLEVINS**                                                       **DEFENDANT**

## NOTICE

Defendant Terri Blevins's motion for detention hearing [Doc. No. 162] is hereby referred to United States Magistrate Judge J. Thomas Ray

IT IS SO ORDERED this 28th day of February, 2020.

                                                    AT THE DIRECTION OF THE COURT
                                                    JAMES W. McCORMACK, CLERK

                                                    By: Raeanne Gardner
                                                         Courtroom Deputy to
                                                         U.S. District Judge Brian S. Miller