IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

V.  NO. 4:19-CR-0037-6 BSM

TERRI BLEVINS

CLERK'S MINUTES

Date:                        March 10, 2020
Before:                      Hon. J. Thomas Ray
Assistant U.S. Attorney      Kristin Bryant
Defense Attorney             Nicki Nicolo
ECRO/CRD                     Tenesha Brown

Defendant Terri Blevins appeared before Judge J. Thomas Ray for a Hearing on the Motion for Bond [DE #162]; the parties agreed for the defendant to be released to Tonya Mannon on 3/11/20 from the Pulaski County Jail, for transport to RCA in North Little Rock, Arkansas to begin inpatient treatment followed by chemical free living.