UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                         PLAINTIFF

V.                      CASE NO. 4:19CR00037-06 BSM

TERRI BLEVINS                                                    DEFENDANT

**DEFENDANT'S SECOND UNOPPOSED MOTION FOR CONTINUANCE**

Comes now the Defendant, Terri Blevins, by and through her attorney, Nicki Nicolo, and for her Second Motion for Continuance, states:

1. This case is set for a jury trial on Monday, March 30, 2020 at 9:30 a.m.

2. This is the second trial setting in this matter for Ms. Blevins.

3. In order for defense counsel to be fully prepared to proceed to trial, counsel will need additional time to prepare for trial. Counsel just received discovery this week and needs additional time to review. Further, Defendant appeared before the Magistrate Judge for a bond hearing on Tuesday, March 10, 2020 wherein she was released on conditions including in-patient rehab followed by chem-free living.

4. Defense counsel respectfully requests that the Court grant a continuance in this case and hereby certifies that this Motion is brought in good faith, and not for the purpose of delay or any other improper purpose.

5. The government does not object to a continuance of the trial setting.

6. The additional time occasioned by the Court's granting this Motion is excludable under the Speedy Trial Act.

WHEREFORE, Defendant, Terri Blevins, prays this Court grant her Motion to Continue her trial, and for all other relief to which she may be entitled.

       Respectfully Submitted,

By: **NICKI NICOLO**
   AR Bar No. 2009131
   424 West 4th Street, Suite A
   North Little Rock, AR  72114
   Tel: (501) 353-0517
   E-mail:  nicololaw@gmail.com