# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v.   CASE NO. 4:19-CR-00037 BSM | |
| **JOSE REYES-SANCHEZ, et al.** | **DEFENDANTS** |

## ORDER

The motions of Deshon Culbreath, Terri Blevins, Omar Gilliam, and Jose Reyes-Sanchez to continue their March 30, 2020 trial date [Doc. Nos. 167, 169, 170, and 171] are granted. Because no severance has been granted, the motions are granted as to all defendants.

Failure to grant a continuance would deny defendants reasonable time for effective preparation, taking into account the exercise of due diligence. Further, in that the continuance is given upon defendants' motion, the continuance satisfies the ends of justice and outweighs the public's and defendant's interest in a speedy trial. The trial is continued to July 6, 2020, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 17th day of March, 2020.

_____
UNITED STATES DISTRICT JUDGE