**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**v.**                              **CASE NO. 4:19-CR-0037-BSM**

**JOSE REYES-SANCHEZ, et al**                                              **DEFENDANTS**

**ORDER**

Defendant Jerena Williams's motion to continue her October 19, 2020 trial date [Doc. No. 202] is granted.  Because no severance has been granted, the motion is granted as to all defendants.

Failure to grant a continuance would deny defendants reasonable time for effective preparation, taking into account the exercise of due diligence.  Further, in that the continuance is given upon defendant's motion, the continuance satisfies the ends of justice and outweighs the public's and defendants' interest in a speedy trial. The trial is continued to March 1, 2021, at 9:30 a.m. in Courtroom 2D. The period of delay resulting from the continuance is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

IT IS SO ORDERED this 13th day of October, 2020.

_____
UNITED STATES DISTRICT JUDGE